# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:<br><br>**DAVID EUGENE BRASSFIELD**<br>　　　　　　　　　　　　**Debtor.**<br><br>**CENTRAL BANK OF KANSAS CITY**<br>　　　　　　　　　　　　**Movant,**<br>vs.<br><br>**DAVID EUGENE BRASSFIELD,**　　**Respondent.** | Case #09-43544-drd7<br>Chapter 7 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The Motion of Central Bank of Kansas City for Relief from the Automatic Stay having been filed and submitted to the Court, and it appearing that no objections were timely filed and served, the Court finds that, for cause shown, the relief requested should be granted. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the automatic stay be, and it hereby is, terminated as to Central Bank of Kansas City for purposes of foreclosing its Deeds of Trust in the Debtor's real properties described as follows:

**5233 East 6th Street, Kansas City, Missouri (Tract 1):**

　　Lot 42, Commissioner's Plat of Forest Park, a Subdivision
　　in Kansas City, Missouri;

**310 South Lawndale, Kansas City, Missouri (Tract IV):**

　　The South 33-1/3 Feet of Lot 23, Oakley Park, a Subdivision
　　in Kansas City, Jackson County, Missouri;

**404 Ewing Street, Kansas City, Missouri**:

　　That part of Lots 1 and 2 described as follows: Beginning at a point on the East line of Lot 1, 26.5 feet North of the Southeast Corner of said Lot, thence West on the Line, drawn at right angles to said East line to a point in the West line of Lot 2, thence South to the Southwest Corner of Lot 2; thence East along the South lines of Lots 2 and 1 to the Southeast corner of said Lot 1, thence North to the Point of Beginning, Block 5, SHEFFIELD, a Subdivision in Kansas City, Jackson County, Missouri.

In accordance with the terms of the Deeds of Trust and the applicable laws pertaining thereto, and applying the proceeds of sales to the Debtor's debts to Central Bank of Kansas City; and it is

**FURTHER ORDERED** that the Debtor shall be bound in any conversion of the above-referenced bankruptcy proceedings and in any subsequently filed bankruptcy proceedings of any nature whatsoever relative to Central Bank of Kansas City's interest in the above-described real estate, and prohibiting the effect of any further automatic stays against Central Bank of Kansas City; and it is

**SO ORDERED** this 21st day of September 2009.

/s/Dennis R. Dow
Bankruptcy Judge


Submitted by:

**BERMAN DeLEVE KUCHAN & CHAPMAN, L.C.**

**By:  /s/ Ronald S. Weiss**
       Ronald S. Weiss, MO #21215
       Tracee L. Stout, MO #59930
       2230 Commerce Tower
       911 Main Street
       Kansas City, MO  64105
       (816)  471-5900 telephone
       (816)  842-9955 fax
**ATTORNEYS FOR MOVANT,
CENTRAL BANK OF KANSAS CITY, MOVANT**