# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In Re: )
)
David Brassfield, *Debtor* )
) Case No. 09-43544-drd
Midfirst Bank, by Midland Mortgage Corporation, loan )
servicing agent for *Creditor* ) Chapter: 7
)
vs. )
)
David Brassfield, *Debtor* )
)
and )
)
Maureen Scully, *Trustee* )
)

## ORDER GRANTING RELIEF FROM STAY

**THIS MATTER** comes on for consideration upon the Motion of Midfirst Bank, by Midland Mortgage Corporation, its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Creditor"), for its Motion for Relief from Stay, and based upon the pleadings filed and the evidence produced,

**IT IS THEREFORE BY THE COURT ORDERED** that Midfirst Bank, by Midland Mortgage Corporation, its subsidiaries, affiliates, predecessors in interest, successors or assigns, is granted relief from the automatic stay imposed under 11 U.S.C. §362 to foreclose the lien of its Deed of Trust as to the real property legally described as

> **Lot 72, Block 4, WEST MANCHESTER, a subdivision in Kansas City, Jackson County, Missouri, according to the recorded plat thereof.**, commonly known as 6623 E 16th Terr, Kansas City, MO  64126,

by any lawful means including by exercise of the power of sale by the Trustee named in the Deed of Trust or by the duly appointed Successor Trustee, if one be appointed by Movant; and after the sale, to pursue any other remedies the purchaser may have pursuant to the terms of the Promissory Note and Deed of Trust, including enforcing rights to possession of the premises

United States Bankruptcy Court
Western District of Missouri
In re: Midfirst Bank v. David Brassfield
Case No. 09-43544-drd
Chapter 7
Order Granting Relief From Stay
Page 2

under the terms of the Promissory Note and Deed of Trust and in accordance with applicable non-bankruptcy state law, and

**IT IS FURTHER ORDERED** that this Order for Relief from the Automatic Stay shall be effective immediately and that there shall not be a stay of enforcement of this Order pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), and

**IT IS FINALLY ORDERED** that relief from the automatic stay is applicable even if the case is converted, unless otherwise specifically ordered.

**IT IS SO ORDERED.**

Dated __October 15, 2009___

                                                /s/ Dennis R. Dow_____
                                               Judge, U.S. Bankruptcy Court

**\*\*STEVEN CROUCH TO SERVE INTERESTED PARTIES NOT RECEIVING ELECTRONIC NOTIFICATION**

File No. 105248
Case No: 09-43544-drd